[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 529.]

THE STATE EX REL. SUPERVALU HOLDINGS, INC., APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Supervalu Holdings, Inc. v. Indus. Comm.*, 1998-Ohio-210.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-595—Submitted June 24, 1998—Decided August 5, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD02-223.

_____

*Dunlevey, Mahan & Furry, L.P.A., Gary W. Auman* and *William P. Allen*, for appellant.

*Betty D. Montgomery*, Attorney General, and *James M. Carroll,* Assistant Attorney General, for appellee Industrial Commission.

*Hochman & Roach Co., L.P.A.*, and *Carla J. Lauer*, for appellee Alice Abate.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____